## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAN NEWMAN, individually and on behalf of other similarly situated employees,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>OAK STREET MORTGAGE, LLC,  )<br>)<br>Defendant.  )<br>_____  ) | 3:06-CV-0367-LRH (RAM)<br><br>**MINUTES OF THE COURT**<br><br>October 26, 2006 |

PRESENT:    <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>GINA MUGNAINI</u>          REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

The parties have filed a Joint Motion for Clarification Regarding Discovery Plan and Scheduling Order (Doc. #26).

By signing the parties' proposed Discovery Plan and Scheduling Order (Doc. #23) the court meant to approve the parties' agreement that:

> "The parties have agreed that Defendant will file a responsive pleading to the complaint 10 days after the pending motion to strike has been ruled upon.  As the disposition date of the motion is unknown to the parties at this time, the calendar dates for the following deadlines cannot be included in this plan, however, the parties have agreed to the limits set out in LR 26-1.  The parties will prepare a stipulated discovery plan with the correct dates, within twenty (20) days of filing the responsive pleading."

   **IT IS SO ORDERED.**

                                                                LANCE S. WILSON, CLERK
                                                                By:_____/s/_____
                                                                       Deputy Clerk